IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV515-MU

| | |
|---|---|
| INNOVATIVE MULTIMEDIA SOLUTIONS, ) ) ) Plaintiff, ) ) VS. ) ) ARTHUR D. SULIT, ) ) Defendant. ) ) | ORDER |

This matter is before the court upon Plaintiff's Motion for Entry of Default and Motion for Default Judgment. As Plaintiff is well aware, there is a pending motion for extension of time to file an answer. Moreover, the pro se Defendant has raised an issue of sufficiency of service of process. Accordingly, Plaintiff's motions are premature and will be denied.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Entry of Default and Motion for Default Judgment is hereby DENIED.

Signed: February 7, 2006

Graham C. Mullen
United States District Judge