IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV515

| | | |
|---|---|---|
| INNOVATIVE MULTIMEDIA SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) ) | |
| ARTHUR D. SULIT, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court upon Defendant's Motion to Dismiss for insufficiency of service of process. The court has quashed service and has given the Plaintiff another opportunity to serve the Defendant. Accordingly,

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby DENIED.

Signed: February 24, 2006

Graham C. Mullen
United States District Judge