IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV515-MU

| | | |
|---|---|---|
| INNOVATIVE MULTIMEDIA SOLUTIONS, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| ARTHUR D. SULIT, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the court upon the Plaintiff's Motion for Reconsideration of this court's Order transferring this case to the Northern District of California. The Plaintiff's brief challenges the court's Order to transfer, stating that "there were numerous facts of which the Court was unaware when rendering its decision." Plaintiff proceeds in its brief to make an argument as to the "convenience factors" analyzed by the court in its Order of May 16, 2006. The reason the court was "unaware" of these facts when rendering its decision is because Plaintiff, for whatever reason, chose not to properly respond to the Defendant's motion to transfer and thus make the court aware of its arguments. The court was compelled to rule on the motion with the arguments and facts made known to the court through the parties' briefs at the time the motion was pending. Having lost on the motion, Plaintiff now seeks to properly argue their position before the court. It is too late. The court has rendered its decision and will not reconsider the motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion to reconsider is hereby DENIED.

Signed: June 7, 2006

Graham C. Mullen
United States District Judge